# Court of Appeals
# of the State of Georgia

ATLANTA,  November 29, 2017

*The Court of Appeals hereby passes the following order:*

## A18A0562.  ANTHONY OLIVER v. CRYSTAL MARIE FIELD.

Anthony Oliver filed this direct appeal from the trial court's order denying his petition to legitimate two minor children.  We lack jurisdiction.

A legitimation action is a domestic relations case, and an appeal in a domestic relations case must be initiated by filing an application for discretionary review.  See OCGA § 5-6-35 (a) (2), (b); *Cloud v. Norwood*, 321 Ga. App. 218, 218 (739 SE2d 93) (2013); *Brown v. Williams*, 174 Ga. App. 604, 604 (332 SE2d 48) (1985). "[C]ompliance with the discretionary appeals procedure is jurisdictional."  *Fabe v. Floyd*, 199 Ga. App. 322, 332 (1) (405 SE2d 265) (1991).  Oliver's failure to follow the discretionary review procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.  See *Cloud*, 321 Ga. App. at 218; *Floyd*, 199 Ga. App. at 332 (1).



Court of Appeals of the State of Georgia
  Clerk's Office, Atlanta,  11/29/2017
  I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
  Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.